IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRUCTURAL SYSTEMS TECHNOLOGY, INC., | ) | CASE NO. 8:04CV194 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, GREAT AMERICAN E&S INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S LONDON, ZURICH AMERICAN INSURANCE COMPANY, and DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |
| FIREMAN'S FUND, a California Corporation, | ) ) ) | CASE NO. 8:03CV341 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| STRUCTURAL SYSTEMS TECHNOLOGY, INC., | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on a Motion filed by Defendant, Fireman's Fund, asking the Court to reconsider its June 8, 2005 order in which a July 11, 2005 briefing schedule was set. After considering the matter, the court will deny the motion.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2005.

By the Court:

s/ Joseph F. Bataillon
United States District Court Judge