IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIREMAN'S FUND, | ) | 8:03CV341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, INC., | ) ) | 8:04CV194 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATIONAL FIRE & MARINE INSURANCE CO., et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Duhamel Broadcasting Enterprises's motion for leave to file a reply brief, Filing No. 128 in 8:04CV194. The court finds the motion should be granted.

IT IS ORDERED that:

1. Duhamel Broadcasting Enterprises's motion for leave to file a reply brief, Filing No. 128 in 8:04CV194, is granted; Duhamel Broadcasting Enterprises shall file its reply brief within one week of the date of this order.

2. The Clerk of Court is directed to file this order in both 8:04CV194 and 8:03CV341.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge