IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FIREMAN'S FUND,** | ) | |
| | ) | **8:03CV341** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STRUCTURAL SYSTEMS TECHNOLOGY, INC.,** | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |
| **STRUCTURAL SYSTEMS TECHNOLOGY, INC.,** | ) ) ) | **8:04CV194** |
| | ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| **NATIONAL FIRE & MARINE INSURANCE COMPANY, et al.,** | ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on a Motion filed by the plaintiff, Fireman's Fund, seeking an extension of time (Filing No. 87 in Case No. 8:03CV341 and Filing No. 160 in Case No. 8:04CV194). The plaintiff seeks additional time to file an appeal of the judgment in Case No. 8:03CV341, by either clarifying the September 22, 2004 order consolidating the cases for all purposes or by granting an extension. Upon consideration,

**IT IS ORDERED:**

Fireman's Fund's motion (Filing No. 87 in Case No. 8:03CV341 and Filing No. 160 in Case No. 8:04CV194) is granted. The above captioned matters were consolidated for all purposes and the Rule 59 and Rule 60 Motions filed by Duhamel Broadcasting Enterprises and Great American E&S Insurance Company tolls Fireman's Fund's appeal deadline in Case No. 8:03CV341 and Case No. 8:04CV194 in accordance with F.R.A.P. 4(a)(4)(A).

Dated this 27th day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge