**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FIREMAN'S FUND,** | ) | |
| **a California Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:03CV341** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **STRUCTURAL SYSTEMS** | ) | |
| **TECHNOLOGY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| **STRUCTURAL SYSTEMS** | ) | |
| **TECHNOLOGY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:04CV194** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NATIONAL FIRE & MARINE** | ) | |
| **INSURANCE COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Robert S. Keith of Engles, Ketcham, Olson & Keith, P.C. law firm to withdraw as counsel of record for Fireman's Fund (Filing No. 90 in case 8:03CV341; Filing No. 163 in case 8:04CV194).  Other counsel has entered an appearance for Fireman's Fund.  The court finds good cause shown for the withdrawal of Mr. Keith and his law firm as counsel for the Fireman's Fund pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 90 in case 8:03CV341; Filing No. 163 in case 8:04CV194) is granted.

2. The Clerk of Court shall stop all electronic notices to Robert S. Keith and the firm of Engles, Ketcham, Olson & Keith, P.C. regarding this case.

DATED this 20th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge